IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REYNOLDS INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BILLIE NORRIS, individually and ) <br> d/b/a "VAPE HUT, INC.," ) <br> "VAPEHUT II, INC.," and ) <br> "VAPEHUT.COM"; BRIDGETTE ) <br> NORRIS, a/k/a "BRIDGET NORRIS" ) <br> and "BRIDGETTE MEYER," ) <br> individually and d/b/a "VAPE HUT, ) <br> INC.," "VAPEHUT II, INC.," and ) <br> "VAPEHUT.COM"; ) <br> VAPE HUT, INC. d/b/a/ ) <br> "VAPEHUT.COM"; and ) <br> VAPEHUT II, INC. d/b/a ) <br> "VAPEHUT.COM," ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:13-cv-486 |

**MOTION FOR ENTRY OF FINAL JUDGMENT AND
PERMANENT INJUNCTION ON CONSENT**

Plaintiff Reynolds Innovations, Inc. ("RII"), through undersigned counsel and with the consent of Defendants (i) Billie Norris, individually and d/b/a "Vape Hut, Inc.", Vapehut II, Inc.", and "Vapehut.com"; (ii) Bridgette Norris, a/k/a "Bridget Norris" and "Bridgette Meyer", individually and d/b/a "Vape Hut, Inc.", Vapehut II, Inc.", and "Vapehut.com"; (iii) Vape Hut, Inc. d/b/a "Vapehut.com"; and (iv) Vapehut II, Inc. d/b/a "Vapehut.com" (collectively, "Defendants"), moves this Court to enter the Final

1

Judgment and Permanent Injunction on Consent attached hereto as <u>Exhibit 1</u>.  RII and Defendants have reached a settlement of this matter and respectfully request that the Court enter the Final Judgment and Permanent Injunction on Consent as agreed to by the parties.

Respectfully submitted, this the 9th day of September, 2013.

<u>*/s/ William M. Bryner*</u>
William M. Bryner, N.C. State Bar No. 23022
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-607-7300
Facsimile: 336-607-7500
wbryner@kilpatricktownsend.com

Kristin G. Garris, N.C. State Bar No. 38767
1114 Avenue of the Americas, 21st Floor
New York, New York 10036
Telephone: 212-775-8700
Facsimile: 212-775-8800
kgarris@kilpatricktownsend.com

*Attorneys for Plaintiff Reynolds Innovations Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, I served the foregoing **MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** with the Clerk of the Court using the CM/ECF system, and on the Defendants by mailing copies via First Class U.S. Mail, postage prepaid, and addressed as follows:

> Ms. Billie Norris
> 1416 Pinfish Lane
> Carolina Beach, North Carolina 28428
>
> Ms. Bridgette Norris
> 1416 Pinfish Lane
> Carolina Beach, North Carolina 28428
>
> Vapehut, Inc.
> 4904 Carolina Beach Road
> Wilmington, North Carolina 28412
>
> Vapehut II, Inc.
> 4724 New Centre Drive #7
> Wilmington, North Carolina 28405

This the 9th day of September, 2013.

> *s/ William M. Bryner*
> KILPATRICK TOWNSEND & STOCKTON LLP
> William M. Bryner, N.C. State Bar No. 23022
> 1001 West Fourth Street
> Winston-Salem, North Carolina 27101
> Telephone: 336-607-7300
> Facsimile: 336-607-7500
> wbryner@kilpatricktownsend.com
> *Attorney for Plaintiff Reynolds Innovations Inc.*